pd-0100-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/27/2015 10:33:58 AM
Accepted 4/27/2015 10:44:12 AM
ABEL ACOSTA
CLERK



OFFICE OF

# STATE PROSECUTING ATTORNEY

P.O. BOX 13046
CAPITOL STATION
AUSTIN, TX 78711
(512) 463-1660

LISA C. MCMINN
STATE PROSECUTING ATTORNEY

JOHN R. MESSINGER
ASST. STATE PROSECUTING ATTORNEY

STACEY M. GOLDSTEIN
ASST. STATE PROSECUTING ATTORNEY

April 27, 2015

Honorable Abel Acosta
Clerk of the Court
P.O. Box 12308; Capitol Station
Austin, Texas 78711

*Re:* *PD-0100-15; PD-0101-15*
*Osmin Peraza v. The State of Texas*

Dear Mr. Acosta:

Oral Argument has been granted for the above referenced case. This letter serves as notice that I will be in attendance to argue on Wednesday, May 20, 2015.

Respectfully Submitted,

/s/Lisa C. McMinn
LISA C. MCMINN
State Prosecuting Attorney
Bar I.D. No. 1380330

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512-463-1660 (Telephone)
512-463-5724 (Fax)

cc:    Hon. Jessica Akins          akins_jessica@dao.hctx.net
       Hon. Jani Maselli Wood      jani.maselli@pdo.hctx.net